IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUSTYN PATRICK COURSON,**

   *Plaintiff*,

v.                                    Case No.: 4:22cv299-MW/MAF

**FLORIDA DEPARTMENT OF CORRECTIONS,**

   *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 2. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 2, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to exhaust administrative remedies, or, alternatively, failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall note on the docket that this case is

dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on October 5, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**